

# Fourth Court of Appeals
## San Antonio, Texas

May 5, 2014

No. 04-14-00282-CV

**IN RE STATE OF TEXAS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice

On May 2, 2014, real party in interest A.L.F.L. filed an unopposed motion for extension of time to file a response to the petition for writ of mandamus in this original proceeding. The motion is GRANTED. A response on behalf of the real party in interest is due no later than May 9, 2014.

It is so **ORDERED** on May 5th, 2014.          PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court



---

[1] This proceeding arises out of Cause No. 2014CI02421, styled *A.L.F.L. v. K.L.L.*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Barbara Hanson Nellermoe presiding.